# U.S. District Court of CHARLESTON County

MITCHELL L. SUMPTER #1419536 )

Plaintiff

V.S.

CHARLESTON County Detention Center,
Ofc. Ms. HAYWOOD / Ofc. Ms. SINGLETON /
Ms. McDONALD / Ms. Victoria L. ANDERSON,
ASSISTANT Public Defender / & Chief Public
Defender, Ashley PENNINGTON ECT Al
Defendants )

**NOTICE OF EMERGENCY COURT & Plaintiff's Affidavit**

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC
2011 NOV 10 A 9 44
RECEIVED CLERK'S OFFICE

HEREBY Plaintiff **MITCHELL L. Sumpter** #1419536, AN MENTAL ILL Prisoner Housed AT the Charleston County Detention Center, MOVES before this HONORABLE IN A PRO SE MANNER, Pursuant to the Federal Rules & Statues; Constitutions of the USA; STATE Laws & Statues, codes & Rules. Plaintiff COMES by WAY of NOTICE of EMERGENCY Court & Within Plaintiffs Affidavit.

### Plaintiffs Affidavit

1. My NAME IS MITCHELL L. Sumpter

2. THAT I'am the Plaintiff IN this Petition stating that I'am being **Legal ACCESS** denied by the above officals & serval others.

3. THAT I've Requested by Number of Staff for ASSISTANCE & have NOT Recieve ANY ASSISTANCE.

4. THAT by NOT having the proper Legal ACCESS to books, of LAW That I'am being DENIED Proper ACCESS to the courts.

5. THAT I'am DENIED Legal PAPER & Pens & Proper COUNSELING.

6. THAT STATEMENTS ONE TO SIX IS The truth to the best of My Knowledge & I SWEAR/SWORN ON this 7th day of NOV., 2011

### NOTICE OF EMERGENCY COURT

The plaintiff MITCHELL Sumpter Fears for his Safety AS this Legal NOTATION IS Renter INTO the counts, AND the seeks A swift & speedy process Apon the Defendants AS the court seems Deemed by (A) RELEASING Plaintiff (B) Addmitting Guilt of Defendants, (C) Providing Legal ACCESS to the Courts for Plaintiff with 10 days, (D) & OR by LAWS Govern by THIS COURT.

THANK You

Mitchell L. Sumpter